ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 1 4 2006

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

UNITED STATES OF AMERICA      :
                              :    CRIMINAL INDICTMENT
          v.                  :
                              :    NO. 1:06CR072
EMMA GERALD                   :
RUY BRASIL SILVA              :
MARCOS AMADOR                 :

THE GRAND JURY CHARGES THAT:

### COUNT ONE

#### Background

At all times relevant to the Indictment:

1. Defendant EMMA GERALD, d/b/a EJ Consulting Services, has held herself out as a consultant to aliens seeking amnesty in the United States under a program known as the "Catholic Social Services/Lulac/Newman" Amnesty Program (the CSS Amnesty Program).

2. Defendant EMMA GERALD was the CEO of a Georgia Corporation known as Pillar of Faith Church, Inc.

3. Defendant EMMA GERALD had an assigned post office box through the United States Postal Service, specifically, P.O. Box 441332, Kennesaw, Georgia 30160.

4. Under the CSS Amnesty Program, certain aliens who had previously applied for amnesty with the United States Immigration and Naturalization Service ("INS") under a 1986 amnesty program, and whose applications were denied, were eligible to reapply for

amnesty so long as the aliens met certain requirements. The deadline for reapplying under the CSS Amnesty Program was December 31, 2005.

5.  As part of the CSS Amnesty Program, aliens could apply for temporary residence in the United States, using an application form known as an "I-687"; for employment authorization, using an application form known as an "I-765"; and for other benefits.

6.  I-687 temporary-residence and I-765 employment-authorization applications under the CSS Amnesty Program must be signed under penalty of perjury and submitted to the Department of Homeland Security, Citizenship and Immigration Services, for processing.

False Statements and Conduct Relating to the Amnesty Program

7.  From at least in or about September 2005, through at least in or about December 2005, defendants EMMA GERALD, RUY BRASIL SILVA, and MARCOS AMADOR conducted meetings, in the Northern District of Georgia and elsewhere, for the purpose of assisting aliens to apply for amnesty under the CSS Amnesty Program.

8.  Defendants EMMA GERALD, RUY BRASIL SILVA, and MARCOS AMADOR assisted aliens at the meetings by preparing I-687 and I-765 applications on their behalf which contained false statements regarding the aliens' eligibility for the CSS Amnesty Program.

Offense Charged

9.  On or about September 2, 2005, defendant EMMA GERALD,

aided and abetted by defendant RUY BRAZIL SILVA, knowingly presented to the U.S. Department of Homeland Security, Citizenship and Immigration Services, an I-687 temporary residence application for A.S.C., an alien, which contained a false statement, that is, that A.S.C. had applied for legalization with Immigration and Naturalization Services between May 5, 1987 and May 4, 1988, but had been turned away, which statement defendants EMMA GERALD and RUY BRAZIL SILVA then knew was false, in violation of Title 18, United States Code, Sections 1546(a) and 2.

## Count Two

10. The Grand jury incorporates paragraphs 1 through 9 herein.

11. On or about October 13, 2005, defendants EMMA GERALD and MARCOS AMADOR, aided and abetted by each other, knowingly presented to the U.S. Department of Homeland Security, Citizenship and Immigration Services, an I-765 employment authorization application for defendant MARCOS AMADOR, an alien, which contained a false statement, that is, that defendant MARCOS AMADOR was eligible for employment authorization under section 245A of the Immigration and Nationality Act, which statement defendants EMMA GERALD and MARCOS AMADOR then knew was false, in violation of Title 18, United

States Code, Sections 1546(a) and 2.

A _____ BILL

Deputy FOREPERSON

DAVID E. NAHMIAS
UNITED STATES ATTORNEY

*Teresa D. Hoyt*
TERESA D. HOYT
ASSISTANT U.S. ATTORNEY
Georgia Bar No. 218375

*Jon-Peter Kelly*
JON-PETER KELLY
ASSISTANT U.S. ATTORNEY
Georgia Bar No. 142134

600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, Georgia 30303
404/581-6000
404/581-6181 (FAX)

4