U.S. Department of Justice
United States Attorney

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 1 4 2006

LUTHER D. THOMAS, Clerk
By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

DIVISION Atlanta
(USAO 2005R01313)

DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION
IN UNITED STATES DISTRICT COURT

DISTRICT COURT NO. **1:06CR072-02**

COUNTY NAME: Cobb County

MAGISTRATE CASE NO. _____

__ Indictment         __ Information         __ Magistrate's Complaint
DATE:                  DATE:                  DATE:

UNITED STATES OF AMERICA
vs.
*RUY BRASIL SILVA*

SUPERSEDING
_____
Prior Case No. & Date Filed

VIOLATION:

COUNTS CHARGED:                     TOTAL COUNTS:
(as to deft)                        (as to deft)
GREATER OFFENSE CHARGED:
_X_ Felony     ___ Misdemeanor

**DEFENDANT:**

<u>IS NOT IN CUSTODY:</u>

1. __ Has not been arrested pending outcome of this proceeding.
   If not detained, give date any prior summons was served on above charges _____
2. __ Fugitive.
3. __ Is on bail or release from (district, state & date):
   _____

DATE OF ARREST: _____
   Or if arresting agency & warrant were not Federal:

DATE TRANSFERRED TO U.S. CUSTODY: _____
   Are there any outstanding warrants in this proceeding __ Yes __ No
   Date: _____   Issued by: _____

<u>IS IN CUSTODY:</u>

4. __ On this charge.
5. __ On another conviction.
6. __ Awaiting trial on other charges __ Yes __ No
   ____ Federal    __ State
   If Yes, show name of institution _____
   Has detainer been filed __ Yes     __ No
   If Yes, give date _____

| ADDITIONAL INFORMATION OR COMMENTS: | MAGISTRATE: _____ |
|---|---|
|  | JUDGE: _____ |
|  | A.U.S.A.: Teresa Hoyt |
|  | DEFT'S ATTY: _____ |

DAVID E. NAHMIAS
UNITED STATES ATTORNEY

cc: Orig - Court file            BY: Teresa Hoyt
    Copy - U.S. ATTORNEY              Assistant United States Attorney
    Copy - Defense Attorney
                                 DATE: 2-14-06