U.S. Department of Justice

United States Attorney
Northern District of Georgia

*ORIGINAL*

# United States District Court
## NORTHERN DISTRICT OF GEORGIA
### Atlanta Division

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 1 4 2006

LUTHER D. THOMAS, Clerk

By: _____
    Deputy Clerk

United States

v.

RUY BRASIL SILVA
**Agent to Arrest**

No. **1:06CR072-02**

# PRAECIPE

The Clerk is hereby directed to issue a warrant for arrest, certified copy (copies) of indictment attached, returnable instanter in the above-stated case.

_Teresa D. Hoyt_
Teresa D. Hoyt
Assistant United States Attorney

Filed In Clerk's Office, this _____

of _____, 20_____

_____
              Clerk

By _____
              Deputy Clerk

ISSUED AND DELIVERED
TO U.S. MARSHALL
2-14-06
BY: _____ DEPUTY CLERK

Form No. USA-19-8
(Rev. 08/06/87)
N.D.Ga. 08/26/94