FILED IN OPEN COURT
February 16, 2006
Luther D. Thomas, Clerk
By:
Deputy Clerk

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | NO. 1:06-CR-072 |
| RUY BRASIL SILVA | : | |

## GOVERNMENT'S MOTION FOR DETENTION

Comes now the United States of America, by and through its counsel, David E. Nahmias, United States Attorney, and Teresa Hoyt and Jon-Peter Kelly, Assistant United States Attorneys for the Northern District of Georgia, and pursuant to 18 U.S.C. §§ 3142(e) and (f) moves for detention for the above-captioned defendant.

1. <u>Eligibility of Case.</u>

This case is eligible for a detention order because this case involves (check all that apply):

| | |
|---|---|
| _____ | Crime of violence (18 U.S.C. § 3156) |
| _____ | Maximum sentence of life imprisonment or death |
| _____ | 10 + year drug offense |
| _____ | Felony, with two prior convictions in the above categories |
| __X__ | Serious risk the defendant will flee |
| _____ | Serious risk of obstruction of justice |

2. Reason for Detention.

The Court should detain defendant because there are no conditions of release that will reasonably assure:

__X__    Defendant's appearance as required

_____    Safety of any other person and the community


3. Rebuttable Presumption.

The United States will not invoke the rebuttable presumption against defendant under § 3142(e).


4. Time for Detention Hearing.

The United States requests the Court conduct the detention hearing:

_____    At the initial appearance.

__X__    After continuance of 3 days.


The Government requests leave of Court to file a supplemental motion with additional grounds or presumption for detention should this be necessary.

Dated: this 16th day of February, 2006.

Respectfully submitted,

DAVID E. NAHMIAS
UNITED STATES ATTORNEY

*Teresa D. Hoyt*
TERESA HOYT
ASSISTANT U.S. ATTORNEY
600 U.S. Courthouse
75 Spring Street, SW
Atlanta, Georgia 30303
(404)581-6000
Ga. Bar No. 218375

*Jon-Peter Kelly*
JON-PETER F. KELLY
ASSISTANT U.S. ATTORNEY
600 U.S. Courthouse
75 Spring Street, SW
Atlanta, Georgia 30303
(404)581-6000
Ga. Bar No. 142134

## CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by hand delivery:

Counsel for Defendant

This 16th day of February, 2005.

                                                    TERESA HOYT
                                                    ASSISTANT UNITED STATES ATTORNEY