ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

FILED IN OPEN COURT
U.S.D.C. - Atlanta

MAY 0 9 2006

LUTHER D. THOMAS, CLERK
By: _____ Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL INDICTMENT |
| v. | : | NO. 1:06-CR-072-JTC |
| | : | SUPERSEDING |
| EMMA GERALD | : | |
| RUY BRASIL SILVA | : | |
| MARCOS AMADOR | : | |
| DOUGLAS ROSS | : | |
| DENISE SILVA | : | |
| HUDSON ARAUJO | : | |

THE GRAND JURY CHARGES THAT:

## COUNT ONE
### (Conspiracy)

1.   Beginning at least in or about July 2005, and continuing through in or about February 2006, in the Northern District of Georgia and elsewhere, defendants EMMA GERALD, RUY BRASIL SILVA, MARCOS AMADOR, DOUGLAS ROSS, DENISE SILVA and HUDSON ARAUJO did combine, conspire, confederate, and agree with each other and others known and unknown to the grand jury to commit the following offenses:

A.   To encourage and induce aliens to come to, enter, and reside in the United States, for the purpose of commercial advantage and private financial gain, knowing and in reckless disregard of the fact that the aliens' coming to, entry, and residence in the United States was and would be in violation of

the law, and to aid and abet others in so doing, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iv), 1324(a)(1)(A)(v)(II), and 1324(a)(1)(B)(I).

B.   To knowingly present applications and other documents required by the immigration laws and regulations prescribed thereunder to the Department of Homeland Security, Citizenship and Immigration Services, which applications and other documents contained statements which were false and which failed to contain any reasonable basis in law or fact, and to aid and abet others in so doing, in violation of Title 18, United States Code, Sections 1546(a) and 2.

C.   To make materially false, fictitious, and fraudulent statements and representations, and to make and use false writings and documents knowing the same to contain materially false, fictitious, and fraudulent statements and entries, in any matter within the jurisdiction of the executive, legislative, or judicial branch of the Government of the United States, and to aid and abet others in so doing, in violation of Title 18, United States Code, Sections 1001 and 2.

<u>BACKGROUND</u>

2.  It is relevant to the conspiracy that:

A.   Under a program known as the "Catholic Social Services/Lulac/Newman" Amnesty Program (the CSS Amnesty Program),

2

certain aliens who were illegally present in the United States were eligible to apply for temporary residence status in the United States.

B. Generally, an applicant is eligible for the CSS Amnesty Program if:

1. he or she lived in the United States unlawfully from before January 1, 1982, until some time between May 5, 1987 and May 4, 1988; and

2. the applicant (or the applicant's parent or spouse) attempted to file a completed application and application fee with a representative of the INS; and

3. the application and fee was refused by that representative because the applicant traveled outside the United States after November 6, 1986, and returned without INS permission; and

4. the applicant was otherwise eligible for legalization.

C. The deadline for reapplying under the CSS Amnesty Program was December 31, 2005.

D. As part of the CSS Amnesty Program, aliens could apply for temporary residence in the United States, using an application form known as an I-687; for employment authorization to work in the United States, using an application form known as an I-765; for authorization to travel in and out of the United

3

States, using an application known as an I-131; and for other benefits.

E.   I-687   temporary   residence,   I-765   employment authorization, and I-131 travel authorization applications under the CSS Amnesty Program were required to be signed under penalty of perjury and submitted to the Department of Homeland Security, Citizenship and Immigration Services, for processing.

F.   Defendant EMMA GERALD was the CEO of a Georgia Corporation known as Pillar of Faith Church, Inc.

G.   Defendant EMMA GERALD had an assigned post office box through the United States Postal Service, specifically, P.O. Box 441332, Kennesaw, Georgia 30160.

MANNER AND MEANS

3.  It was a part of the conspiracy that:

A.   Defendant EMMA GERALD, d/b/a EJ Consulting Services, held herself out as a consultant to aliens seeking amnesty in the United States under the CSS Amnesty Program.

B.   Defendant EMMA GERALD, d/b/a/ EJ Consulting Services, and others known and unknown to the grand jury encouraged ineligible aliens to apply for amnesty under the CSS Amnesty Program by advising the aliens that the United States Department of Homeland Security did not have records regarding whether an alien met the requirements of the CSS Amnesty Program with regard

to the alien's length of residence in the United States or with regard to whether the alien had previously unsuccessfully applied for amnesty.

C.  Defendants EMMA GERALD, RUY BRASIL SILVA, MARCOS AMADOR, DOUGLAS ROSS, DENISE SILVA, HUDSON ARAUJO, and others known and unknown to the grand jury conducted numerous meetings in the Northern District of Georgia, Florida, Massachusetts and other states during which they advised aliens, primarily citizens of Brazil who did not meet the requirements for eligibility under the CSS Amnesty Program, that the defendants could assist the aliens in applying for temporary residence status and other benefits under the CSS Amnesty Program.

D.  Defendants EMMA GERALD, RUY BRASIL SILVA, MARCOS AMADOR, DOUGLAS ROSS, DENISE SILVA, HUDSON ARAUJO, and others known and unknown to the grand jury  assisted aliens at the meetings in preparing  I-687  temporary  residence,  I-765  employment authorization, and I-131 travel authorization applications which contained false statements regarding the aliens' eligibility for the CSS Amnesty Program.

E.  Defendants EMMA GERALD, RUY BRASIL SILVA, MARCOS AMADOR, DOUGLAS ROSS, DENISE SILVA, HUDSON ARAUJO, and others known and unknown to the grand jury assisted aliens at the meetings by providing the aliens with letters, purportedly written by the

5

alien, which falsely stated that the alien lived in the United States during the time period required for eligibility for the CSS Amnesty Program, and that the alien's prior legalization application had been rejected by INS, as required for eligibility for the CSS Amnesty Program.

F.   Defendants EMMA GERALD and others known and unknown to the grand jury mailed application packages for the CSS Amnesty Program to aliens who were unable to attend the meetings.

G.   Defendants EMMA GERALD, RUY BRASIL SILVA, MARCOS AMADOR, DOUGLAS ROSS, DENISE SILVA, HUDSON ARAUJO, and others known and unknown to the grand jury collected money from the aliens, in amounts beginning at approximately $300.00 per person/$500.00 per married couple, and increasing during the course of the conspiracy to approximately $600.00 per person/$1100.00 per married couple, in exchange for agreeing to assist the aliens in preparing fraudulent applications for temporary residence status and other benefits under the CSS Amnesty Program.

H.   Defendant EMMA GERALD and others known and unknown to the grand jury submitted the fraudulent applications by mail to the Department of Homeland Security, Citizenship and Immigration Services, bearing return addresses with the names EMMA GERALD and/or EJ Consulting Services and/or Pillar of Faith, Inc., Post Office Box 441332, Kennesaw, Georgia 30160.

I.    Defendants EMMA GERALD and others known and unknown to the grand jury prepared appeal letters for aliens who received denial notices from the Department of Homeland Security, Citizenship and Immigration Services, which appeal letters contained false information regarding the alien's eligibility for the CSS Amnesty Program.

OVERT ACTS

4.   In furtherance of the conspiracy, and in order to effect the purposes and objects thereof, defendants EMMA GERALD, RUY BRASIL SILVA, MARCOS AMADOR, DOUGLAS ROSS, DENISE SILVA, HUDSON ARAUJO, and others known and unknown to the grand jury  committed overt acts in the Northern District of Georgia and elsewhere, including but not limited to the following:

A.    The Grand Jury incorporates by reference as overt acts the acts charged in Counts Two and Three of this Indictment.

September 2005 Georgia Meeting

B. On or about September 29, 2005, defendants EMMA GERALD and RUY BRASIL SILVA conducted a meeting at a church in Marietta, Georgia attended by Brazilian aliens who were interested in applying for the CSS Amnesty Program.

C.  At the meeting, defendant EMMA GERALD advised the aliens that the Department of Homeland Security did not have any records regarding whether or not an alien had previously applied for

7

legalization or whether an alien was in this country or not.

D.    Defendant EMMA GERALD instructed the aliens to obtain money orders payable to the Department of Homeland Security for the CSS Amnesty Program application fees.

E.    Defendant EMMA GERALD advised the aliens that she would assist them in completing the CSS Amnesty Program applications for an additional cash fee of $300.00 per person or $500.00 for a married couple.

Brazilian Customer

F.    On or about November 2, 2005, defendant EMMA GERALD advised a Brazilian alien living in the Northern District of Georgia (hereinafter "C.I. 1") that she would provide C.I. 1 with the necessary CSS Amnesty Program applications and paperwork for C.I. 1 and his wife for a total fee of $1060.00, after being informed by C.I. 1 that he had been in the United States for two years, and that his wife had never been to the United States.

G. On or about November 12, 2005, defendant EMMA GERALD instructed C.I. 1 to go to a church in Marietta, Georgia, on November 15, 2005, and to meet with her assistant, defendant MARCOS AMADOR, who would assist C.I. 1 in completing the CSS Amnesty Program applications and paperwork for C.I. 1 and his wife.

H.    Defendant RUY BRASIL SILVA was the pastor of the church

8

to which EMMA GERALD directed C.I. 1, and, allowed defendants EMMA GERALD and MARCOS AMADOR and others known and unknown to the grand jury to use the church to conduct meetings for the purpose of assisting Brazilian aliens to prepare fraudulent applications for the CSS Amnesty Program.

I.    On or about November 15, 2005, defendants RUY BRASIL SILVA and MARCOS AMADOR and others known and unknown to the grand jury conducted a meeting at the church where SILVA was the pastor for the purpose of assisting Brazilian aliens to prepare fraudulent applications for the CSS Amnesty Program.

J.    At the meeting on or about November 15, 2005, at RUY BRASIL SILVA's church, defendant MARCOS AMADOR assisted C.I. 1 to prepare I-687 temporary residence, I-765 employment authorization, and I-131 travel authorization applications for C.I. 1 for the CSS Amnesty Program.  The applications defendant MARCOS AMADOR provided to C.I. 1 had already been partially completed with information that had not been provided by C.I. 1. Defendant MARCOS AMADOR instructed C.I. 1 to complete the remainder of the applications with information that was not accurate as to C.I. 1.

K.    On or about November 17, 2005, at a meeting at RUY BRASIL SILVA's church, defendant MARCOS AMADOR instructed C.I. 1 to mail the CSS Amnesty applications to his wife in Brazil,

instruct her to sign them, and return them to defendant MARCOS AMADOR.

L.   At the meeting on or about November 17, 2005, defendant MARCOS AMADOR accepted a $1060.00 cash payment from C.I. 1 on behalf of defendant EMMA GERALD.

### Additional Georgia Meetings

M.   On or about October 1, 2005, defendants EMMA GERALD, RUY BRASIL SILVA, DOUGLAS ROSS, and others known and unknown to the grand jury conducted a meeting at RUY BRASIL SILVA's church for the purpose of assisting Brazilian aliens to prepare fraudulent applications for the CSS Amnesty Program.

N.   On or about December 1, 2005, defendants EMMA GERALD, RUY BRASIL SILVA, MARCOS AMADOR, and others known and unknown to the grand jury conducted a meeting at RUY BRASIL SILVA's church for the purpose of assisting Brazilian aliens to prepare fraudulent applications for the CSS Amnesty Program.

O.   On or about December 17, 2005, defendants EMMA GERALD, RUY BRASIL SILVA, MARCOS AMADOR, and others known and unknown to the grand jury conducted a meeting at RUY BRASIL SILVA's church for the purpose of assisting Brazilian aliens to prepare fraudulent applications for the CSS Amnesty Program.

### Florida Meetings

P.   On or about November 9, 2005, defendants EMMA GERALD,

RUY BRASIL SILVA, MARCOS AMADOR, DOUGLAS ROSS, DENISE SILVA, and others known and unknown to the grand jury conducted a meeting in Boca Raton, Florida for the purpose of assisting Brazilian aliens to prepare fraudulent applications for the CSS Amnesty Program.

Q.  On or about November 9, 2005, defendant EMMA GERALD told the aliens at the meeting that the Department of Homeland Security did not have any records regarding whether or not an alien had been in the United States during the time period required for eligibility for the CSS Amnesty Program.

R.  On or about November 9, 2005, defendant MARCOS AMADOR translated defendant EMMA GERALD's statements from English into Portuguese at the meeting.

S.  On or about November 21, 2005, defendants RUY BRASIL SILVA, MARCOS AMADOR, DENISE SILVA, and others known and unknown to the grand jury traveled to Boca Raton, Florida to conduct meetings for the purpose of assisting Brazilian aliens to prepare fraudulent applications for the CSS Amnesty Program.

T.  On or about November 21, 2005, defendant MARCOS AMADOR and others known and unknown to the grand jury instructed the Brazilian aliens at the meeting to sign letters, purportedly from the aliens, but actually prepared by defendant MARCOS AMADOR and others known and unknown to the grand jury, which falsely stated that the alien met the eligibility requirements for the CSS

11

Amnesty Program as to length of residence in the United States and a prior legalization application that was rejected by INS.

### Massachusetts Meetings

U.   On or about November 15, 2005, defendant EMMA GERALD, DOUGLAS ROSS and others known and unknown to the grand jury conducted a meeting in Brockton, Massachusetts for the purpose of assisting Brazilian aliens to prepare fraudulent applications for the CSS Amnesty Program.

V.   From on or about December 5 through 7, 2005, defendants EMMA GERALD, HUDSON ARAUJO, and others known and unknown to the grand jury conducted three meetings in Brockton, Massachusetts for the purpose of assisting Brazilian aliens to prepare fraudulent applications for the CSS Amnesty Program.

W.   Defendant HUDSON ARAUJO reserved and paid for the hotel conference room in which the meetings that took place from on or about December 5 though 7, 2005 in Brockton, Massachusetts were held.

### Fraudulent Application Filings

### Overt Acts X(1) through X(17)

X.   On or about the dates listed in Column B below, defendant EMMA GERALD and others known and unknown to the grand jury submitted applications for the CSS Amnesty Program to the Department of Homeland Security, Citizenship and Immigration

Services, on behalf of and in the names of the Brazilian aliens identified by their initials in Column C below, which applications contained false statements regarding the alien's eligibility for the CSS Amnesty Program:

| Column A | Column B | Column C |
|----------|----------|----------|
| OVERT ACT | DATE | ALIEN |
| X(1) | 08/29/05 | A.S.C. |
| X(2) | 08/29/05 | D.R.M.B.S. |
| X(3) | 08/15/05 | F.G. |
| X(4) | 08/29/05 | L.S.M. |
| X(5) | 08/29/05 | A.S.M.F. |
| X(6) | 08/29/05 | J.S.F. |
| X(7) | 08/29/05 | B.H.S. |
| X(8) | 08/15/05 | R.N.R. |
| X(9) | 09/27/05 | S.G.N. |
| X(10) | 09/27/05 | J.G.N. |
| X(11) | 08/15/05 | D.G.N. |
| X(12) | 08/15/05 | G.M.R. |
| X(13) | 08/15/05 | V.B.G. |
| X(14) | 08/29/05 | W.B.O. |
| X(15) | 08/29/05 | A.C.O. |
| X(16) | 08/29/05 | C.B.O. |
| X(17) | 08/29/05 | A.C.O. |

Y.   Defendants EMMA GERALD, RUY BRASIL SILVA, MARCOS AMADOR, and others known and unknown to the grand jury requested and received cash payments from the aliens identified in Overt Acts

13

X(1) through X(17) in exchange for assisting them to submit fraudulent applications for the CSS Amnesty Program.

All in violation of Title 18, United States Code, Section 371.

### COUNT TWO
(False Statement)

5. On or about September 2, 2005, in the Northern District of Georgia, defendant EMMA GERALD, aided and abetted by defendant RUY BRAZIL SILVA, knowingly presented to the U.S. Department of Homeland Security, Citizenship and Immigration Services, an I-687 temporary residence application for A.S.C., an alien, which contained a false statement, that is, that A.S.C. had applied for legalization with Immigration and Naturalization Services between May 5, 1987 and May 4, 1988, but had been turned away, which statement defendants EMMA GERALD and RUY BRAZIL SILVA then knew was false, in violation of Title 18, United States Code, Sections 1546(a) and 2.

### COUNT THREE
(False Statement)

6. On or about October 13, 2005, in the Northern District of Georgia, defendants EMMA GERALD and MARCOS AMADOR, aided and abetted by each other, knowingly presented to the U.S. Department of Homeland Security, Citizenship and Immigration Services, an I-765 employment authorization application for defendant MARCOS

14

AMADOR, an alien, which contained a false statement, that is, that defendant MARCOS AMADOR was eligible for employment authorization under section 245A of the Immigration and Nationality Act, which statement defendants EMMA GERALD and MARCOS AMADOR then knew was false, in violation of Title 18, United States Code, Sections 1546(a) and 2.

COUNT FOUR<br>(Money Laundering)

7. On or about October 27, 2005, in the Northern District of Georgia, defendant EMMA GERALD did knowingly engage and attempt to engage in a monetary transaction in criminally derived property of a value greater than $10,000.00, by through and to a financial institution, in and affecting interstate commerce, by withdrawing funds from Wachovia Bank account number xxxxxxxxx9913, which account was in the name and under the control of defendant EMMA GERALD; by signing check number 2017 on said account in the amount of $133,000.00, which check was for the benefit of defendant EMMA GERALD, in that the withdrawn funds, which were derived from specified unlawful activity as more particularly described in Counts One through Three of this Indictment, were applied to the purchase of a house located at 2115 Ector Place, Kennesaw, Georgia 30152, the title of which was transferred to EMMA GERALD, and where defendant EMMA GERALD

15

subsequently resided, all in violation of Title 18, United States Code, Section 1957.

### COUNT FIVE
(Money Laundering)

8.   On or about November 18, 2005, in the Northern District of Georgia, defendant EMMA GERALD did knowingly engage and attempt to engage in a monetary transaction in criminally derived property of a value greater than $10,000.00, by through and to a financial institution, in and affecting interstate commerce, by withdrawing funds in the amount of $69,400.00 from Wachovia Bank account number xxxxxxxxx9913, which account was in the name and under the control of defendant EMMA GERALD, which funds were derived from specified unlawful activity as more particularly described in Counts One through Three of this Indictment, and which were used to purchase a Wachovia Bank cashier's check, which check was used for the benefit of defendant EMMA GERALD, in that it was applied to the purchase by defendant EMMA GERALD of one 2006 silver Mercedes-Benz S500 automobile, Vehicle Identification Number WDBNG75JX6A480500, the title of which was transferred to EMMA GERALD, all in violation of Title 18, United States Code, Section 1957.

### ASSET FORFEITURE

9.   The allegations of Counts One through Five of this

16

Indictment are realleged and incorporated by reference for the purpose of alleging forfeitures to the United States of America pursuant to the provisions of Title 18, United States Code, Section 981 and 982.

10. Upon conviction of the offense alleged in Count One of the Indictment, defendants EMMA GERALD, RUY BRASIL SILVA, MARCOS AMADOR, DOUGLAS ROSS, DENISE SILVA and HUDSON ARAUJO shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(6), all conveyances used in the commission of the violation, all property, real or personal, that constitutes or is derived from or is traceable to proceeds obtained directly or indirectly from the commission of the offense, and all property, real or personal, that was used to facilitate, or was intended to be used to facilitate the commission of the offense, including but not limited to:

    A.   MONEY JUDGMENT

        A sum of money equal to the amount of proceeds obtained as a result of the conspiracy to violate Title 8, United States Codes, Section 1324 or Title 18 United States Code 1546.

    B.   REAL PROPERTY

        1.   Real property commonly known as 2115 Ector Place, Kennesaw, Cobb County, Georgia 30152.

17

C.   CONVEYANCES

    1.   one 2006 silver Mercedes-Benz S500 automobile, Vehicle Identification Number WDBNG75JX6A480500;

    2.   one 2004 silver Nissan Titan pick-up truck, Vehicle Identification Number 1N6AA06A44N516210;

    3.   one 2004 silver Nissan Armada, Vehicle Identification Number 5N1AA08AX4N746913;

    4.   one 2006 white Jeep Grand Cherokee VIN# 1J8GS48K36C193170.

D.   CURRENCY

    1.   Approximately $79,329.00 in United States currency seized from the residence of EMMA GERALD;

    2.   Approximately $1,150.00 in United States currency seized from the residence of RUY BRASIL SILVA.

E.   FINANCIAL INSTITUTION ACCOUNTS

All United States currency funds or other monetary instruments, including interest, credited to the following accounts:

| ACCOUNT HOLDER | FINANCIAL INSTITUTION | ACCOUNT NUMBER |
|---|---|---|
| EMMA GERALD | WACHOVIA | 3000068437515 |
| EMMA GERALD | WACHOVIA | 1010096789913 |
| EMMA GERALD | WACHOVIA | 010107489021 |
| PILLAR OF FAITH | WACHOVIA | 000017187545 |

18

| ACCOUNT HOLDER | FINANCIAL INSTITUTION | ACCOUNT NUMBER |
|---|---|---|
| EMMA GERALD | WACHOVIA | 4532-0234 |
| EMMA GERALD | WACHOVIA | 8078-6052 |
| EMMA GERALD | WACHOVIA | 6464-2766 |

F.   OTHER PROPERTY

　　　1. One HP Pavillion DV 400 Notebook Computer.

11.  Upon conviction of one or more of the offenses alleged in Counts One through Three of the Indictment, defendants EMMA GERALD, RUY BRASIL SILVA, MARCOS AMADOR, DOUGLAS ROSS, DENISE SILVA and HUDSON ARAUJO shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property constituting or derived from proceeds obtained directly or indirectly as a result of said violations, including but not limited to:

A.   MONEY JUDGMENT

　　　A sum of money equal to the amount of proceeds obtained as a result of the violations of Title 18, United States Codes, Section 1546 and conspiracy to violate Title 18, United States Code, Section 1546.

B.   REAL PROPERTY

　　　1.   Real property commonly known as 2115 Ector Place, Kennesaw, Cobb County, Georgia 30152.

C.    CONVEYANCES

    1.    one 2006 silver Mercedes-Benz S500 automobile, Vehicle Identification Number WDBNG75JX6A480500;

    2.    one 2006 white Jeep Grand Cherokee VIN# 1J8GS48K36C193170.

D.    CURRENCY

    1.    Approximately $79,329.00 in United States currency seized from the residence of EMMA GERALD;

    2.    Approximately $1,150.00 in United States currency seized from the residence of RUY BRASIL SILVA.

E.    FINANCIAL INSTITUTION ACCOUNTS

    All United States currency funds or other monetary instruments, including interest, credited to the following accounts:

| ACCOUNT HOLDER | FINANCIAL INSTITUTION | ACCOUNT NUMBER |
|---|---|---|
| EMMA GERALD | WACHOVIA | 3000068437515 |
| EMMA GERALD | WACHOVIA | 1010096789913 |
| EMMA GERALD | WACHOVIA | 010107489021 |
| PILLAR OF FAITH | WACHOVIA | 000017187545 |
| EMMA GERALD | WACHOVIA | 4532-0234 |
| EMMA GERALD | WACHOVIA | 8078-6052 |
| EMMA GERALD | WACHOVIA | 6464-2766 |

12.  In addition, pursuant to Title 18, United States Code,

Section 982(a)(1), upon conviction of one or more of the money laundering offenses in Counts Four and Five of the Indictment, defendant EMMA GERALD shall forfeit to the United States: a) all right, title and interest in any and all property involved in each offense in violation of Title 18, United States Code, Section 1957, or conspiracy to commit such offense, and all property traceable to such property, including but not limited to:

    a.    A sum of money equal to $202,400.00 in United States currency, representing the amount of money involved in each offense.

    b.    Real property commonly known as 2115 Ector Place, Kennesaw, Cobb County, Georgia 30152;

    c.    one 2006 silver Mercedes-Benz S500 automobile, Vehicle Identification Number WDBNG75JX6A480500.

13.  If any of the above-described property, as a result of any act or omission of the defendant(s): (a) cannot be located by due diligence; (b) has been transferred, sold to, or deposited with, a third party; c) has or have been placed beyond the jurisdiction of this court; d) has or have been substantially diminished in value; or e) has been co-mingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p),

as incorporated by Title 18, United States Code, Section 982(b),

to seek forfeiture of any other property of said defendant(s) up

to the value of the forfeitable property described above.


A _____ BILL


_____
FOREPERSON


DAVID E. NAHMIAS
UNITED STATES ATTORNEY


TERESA D. HOYT
ASSISTANT UNITED STATES ATTORNEY
STATE BAR NUMBER 218375


JON-PETER KELLY
ASSISTANT UNITED STATES ATTORNEY
STATE BAR NUMBER 142134


600 U.S. COURTHOUSE
75 SPRING STREET, S.W.
ATLANTA, GEORGIA 30303
404/581-6000
404/581-6181 (FAX)