U.S. Department of Justice
United States Attorney

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

DIVISION Atlanta
(USAO 2005R01315)

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION
IN UNITED STATES DISTRICT COURT**

COUNTY NAME: Cobb              DISTRICT COURT NO. 1:05-CR-072-JTC

MAGISTRATE CASE NO. _____

_X_ Indictment          __ Information          __ Magistrate's Complaint

DATE: 5-9-06            DATE:                   DATE:

| UNITED STATES OF AMERICA vs. **RUY BRASIL SILVA** | SUPERSEDING 2-14-06    1:06-CR-072-JTC Prior Case No. & Date Filed |
|---|---|

VIOLATION:

COUNTS CHARGED:                TOTAL COUNTS:
(as to deft)                   (as to deft)

GREATER OFFENSE CHARGED:
_X_ Felony    ___ Misdemeanor

MAY 0 9 2006

**DEFENDANT:**

IS NOT IN CUSTODY:

1. __ Has not been arrested pending outcome of this proceeding.
   If not detained, give date any prior summons was served on above charges _____
2. __ Fugitive.
3. __ Is on bail or release from (district, state & date):
   District court

DATE OF ARREST: _____
   Or if arresting agency & warrant were not Federal:

DATE TRANSFERRED TO U.S. CUSTODY: _____
   Are there any outstanding warrants in this proceeding __ Yes __ No
   Date: _____                Issued by: _____

IS IN CUSTODY:

4. _X_ On this charge.
5. __ On another conviction.
6. Awaiting trial on other charges __Yes __ No
   __ Federal  __ State
   If Yes, show name of institution _____
   Has detainer been filed __ Yes    __ No
   If Yes, give date _____

| ADDITIONAL INFORMATION OR COMMENTS: | MAGISTRATE: Scofield |
|---|---|
| | JUDGE: Camp |
| | A.U.S.A.: Teresa D. Hoyt |
| | DEFT'S ATTY: Thomas S. Clegg |
| cc: Orig - Court file | DAVID E. NAHMIAS UNITED STATES ATTORNEY |
| Copy - U.S. ATTORNEY | BY: Teresa D. Hoyt |
| Copy - Defense Attorney | Assistant United States Attorney |
| | DATE: 5-9-06 |