# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:06-cr-00072-JTC-ECS
## USA v. Gerald et al
## Honorable E. Clayton Scofield, III

Minute Sheet for proceedings held In Open Court on 11/28/2006.

| | |
|---|---|
| TIME COURT COMMENCED: 12:03 P.M. | COURT REPORTER: Andy Ashley |
| TIME COURT CONCLUDED: 12:24 P.M. | COURT INTERPRETER: Cristina Knutzon |
| TIME IN COURT: 00:21 | DEPUTY CLERK: Angela Smith |

| | |
|---|---|
| DEFENDANT(S): | [2]Ruy Brasil Silva Present at proceedings |
| ATTORNEY(S) PRESENT: | Thomas Clegg representing Ruy Brasil Silva<br>Teresa Hoyt representing USA<br>Jon-Peter Kelly representing USA |
| PROCEEDING CATEGORY: | Evidentiary Hearing; |
| MOTIONS RULED ON: | DFT#2-[42]Motion to Suppress Statements TAKEN UNDER ADVISEMENT |
| MINUTE TEXT: | Witnesses: G1 - Allison Densmore - ICE Agent G2 - Pier Verlat - Homeland Security Interpreter |