1:06-cr-072-JTC-2 : RUY BRASIL SILVA

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **FIFTY-FOUR (54) MONTHS** on Counts 1 and 2 to run CONCURRENTLY.

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

OCT 17 2008

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____
_____
_____
_____

Defendant delivered on __10/4/08__ to __CCH__

at __MYK__, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

UNITED STATES OF AMERICA

-vs-                                                          Case No. 1:06-cr-072-JTC-2

RUY BRASIL SILVA                                     Defendant's Attorney:
57897-019                                                     Thomas Clegg

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

The defendant was found guilty by jury on Counts 1 and 2 of the Indictment.

Accordingly, the defendant is adjudged guilty of such count(s) which involves the following offense:

| Title & Section | Nature of Offense | Count No. |
|---|---|---|
| 8 U.S.C. §§ 1324(a)(1)(A)(iv), 1324 (a)(1)(A)(v)(II), and 1324(a)(1)(B)(I) | Conspiracy to Encourage and Induce Aliens to Enter the United States | 1 |
| 18 U.S.C. §§ 1546(a) and 2 | Present False Applications to Department of Homeland Security | |
| 18 U.S.C. §§ 1001 and 2<br>18 U.S.C. § 371 | Make Materially False Statements | |
| 18 U.S.C. § 1546(a) | Presenting False Applications To the Department of Homeland Security | 2 |

The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall pay the special assessment of $ 200.00 which shall be due immediately.

IT IS FURTHER ORDERED that the defendant shall notify the United States attorney for this district within thirty days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.       None assigned        Date of Imposition of Sentence: August 4, 2008
Defendant's Date of Birth:           1956
Defendant's Mailing Address:
Roswell, GA

Signed this the 11th day of August, 2008.

_____
JACK T. CAMP
UNITED STATES DISTRICT JUDGE